FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HURIAN RICARDO H., <br><br>                       Plaintiff, <br><br>    v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br>                       Defendant. | NO:  1:22-CV-3113-RMP <br><br> ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 7.  Plaintiff Hurian Ricardo H.[1] is represented by attorney D. James Tree.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Heidi Triesch.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 7**, is **GRANTED**.  Pursuant to the parties' stipulation,

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

the Commissioner's final decision regarding Plaintiff's applications for disability insurance benefits and Supplemental Security Income benefits is **reversed and remanded** under sentence four of 42 U.S.C. §405(g).  *See* ECF No. 7 at 1–2.  On remand, the Appeals Council will issue a fully favorable decision with an established onset date of July 20, 2018, the amended alleged onset date.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.**  The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** November 4, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2